IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02189-BNB

BRIAN M. THOMPSON,

Plaintiff,

v.

DOUGLAS N. DARR, Sheriff,
J. DIDDI, Deputy Sheriff,
(FNU) CHO, Deputy Sheriff,
(FNU) SARGEANT, Deputy Sheriff,
JANE DOE, Nurse,
JOHN DOE, Duty Supervisor,
ADAMS COUNTY JAIL, and
ADAMS COUNTY, COLORADO,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 20 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

Plaintiff Brian M. Thompson initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. In an order filed on October 9, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Thompson to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Thompson to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion and to file a pleading in which the names in the caption match the names in the text. Mr. Thompson was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Thompson has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's October 9 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on September 29, 2008, is denied as moot.

DATED at Denver, Colorado, this 19 day of Nov, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02189-BNB

Brian M. Thompson
Prisoner No. 200800010118
Adams County Detention Facility
150 N. 19th Avenue - Unit A114
Brighton, CO 80601-1951

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/20/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk